NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                            Crim. No. 3:97CR00116-002/RV

ADRELL FORTHENBERRY

On August 24, 2001, the above named was placed on Supervised Release for a period of five years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that ADRELL FORTHENBERRY be discharged from Supervised Release.

Respectfully submitted,

Brian S. Davis
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in these cases be terminated.

Date this 28 day of March 20 06.

Honorable Roger Vinson
Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 MAR 28 PM 12: 02

FILED